& Issued SPS

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

(TC)

| | | |
|---|---|---|
| ANIMATORS AT LAW, INC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:10CV1341 |
| CAPITAL LEGAL SOLUTIONS, LLC, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* April Tate Tishler
4065 Von Neuman Circle
Warrenton, VA 20187

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kwamena Acquaah
Bailey|Gary pc
1615 L Street, NW
Suite 650
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

E. issued SPS

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

(TC)

2010 NOV 29 P 4:31

| | | |
|---|---|---|
| ANIMATORS AT LAW, INC | ) | |
| _Plaintiff_ | ) ) | |
| v. | ) | Civil Action No. 1:10 CV 1341 |
| CAPITAL LEGAL SOLUTIONS, LLC, et al. | ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  William Yarnoff
403 Skyhill Rd.
Alexandria, VA 22314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kwamena Acquaah
Bailey|Gary pc
1615 L Street, NW
Suite 650
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

& ISSUED SPS

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

(TC)

2010 NOV 29 P 4:31

| | | |
|---|---|---|
| ANIMATORS AT LAW, INC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:10cv1341 |
| CAPITAL LEGAL SOLUTIONS, LLC, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CAPITAL LEGAL SOLUTIONS, LLC
c/o Dharmesh B. Shingala, Registered Agent
150 S Washington Street, Suite 500
Falls Church, VA 22046-0000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kwamena Acquaah
Bailey|Gary pc
1615 L Street, NW
Suite 650
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
Signature of Clerk or Deputy Clerk