AO 440 (Rev. 12/09) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2010 DEC -6  P 12: 05

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| ANIMATORS AT LAW, INC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:10CV1341 |
| CAPITAL LEGAL SOLUTIONS, LLC, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CAPITAL LEGAL SOLUTIONS, LLC
Serve:   c/o Dharmesh B. Shingala, Registered Agent
150 S Washington Street, Suite 500
Falls Church, VA 22046-0000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kwamena Acquaah
Bailey|Gary pc
1615 L Street, NW
Suite 650
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**FERNANDO GALINDO, CLERK**
*CLERK OF COURT*

Date: NOV. 29, 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:10CV1341 (TSE/TCB)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Capital Legal Solutions, LLC
was received by me on *(date)* 11/30/10 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Thomas Skelley, Executive Vice President who is designated by law to accept service of process on behalf of *(name of organization)* Capital Legal Solutions, LLC, at 10521 Rosehaven Street, #300, Fairfax, Virginia on 12/01/10 at 2:50 pm.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/03/10

Server's signature

Thomas Parks, Private Process Server
*Printed name and title*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050
*Server's address*

Additional information regarding attempted service, etc: